LODGE - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

"O"

FILED
CLERK, U.S. DISTRICT COURT

MAY - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROSARIO GAMBINO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL CHERTOFF, et. al.,<br><br>　　　　Respondents. | Case No. CV 07-06537 R (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation, *de novo.* IT IS ORDERED that:

　　1.　　The Report and Recommendation is approved and adopted.

　　2.　　Judgment shall be entered denying the Petition and dismissing this action with prejudice.

　　3.　　All motions are terminated as moot.

　　IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: _____April 30_____, 2008

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE