JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROSARIO GAMBINO, | Case No. CV 07-06537 R (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| MICHAEL CHERTOFF, et. al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Report and Recommendation, the claims in the Petition are dismissed with prejudice.

Dated: April 30, 2008

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE